UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**Presstek, Inc.**

    v.                                    Case No. 05-cv-65-PB

**Creo, Inc., et al.**

**O R D E R**

Document Nos. 73, 79, 82, 83, 84, 93 and 96 are denied without prejudice to the right to renew after a trial date has been set. No motions other than the ones that are explicitly authorized by the court may be filed. Any party may obtain permission to file a motion by requesting a telephone conference and obtaining the court's permission to file the motion at the conference.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

May 2, 2007

cc:  Arpiar Sanders, Jr., Esq.
     Brian A. Comack, Esq.

```
Kenneth P. George, Esq.
Michael Kasdam, Esq.
James Rosenberg, Esq.
Courtney Quinn Brooks, Esq.
William F. Lee, Esq.
Gordon J. MacDonald, Esq.
Nora Q.E. Passamaneck, Esq.
Lisa J. Pirozzolo, Esq.
James D. Rosenberg, Esq.
S. Calvin Walden, Esq.
Michael V. Solomita, Esq.
```